UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
KIMBERLY MOREHEAD KNICK                         CASE NO. 19-11360
404 YOUNT ROAD                                  JUDGE BENJAMIN A. KAHN
EDEN, NC  27288

    DEBTOR

SSN(1) XXX-XX-1475                              DATE: 08/04/2020

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $0.00<br>INT:  .00%<br>NAME ID: 182840<br>CLAIM #: 0006 | (S) SECURED<br>DIRECT PAY<br>ACCT: 3396<br>COMMENT: DT,RE RP,DIR |
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $586.80<br>INT:  .00%<br>NAME ID: 182840<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 4820<br>COMMENT: |
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $523.00<br>INT:  .00%<br>NAME ID: 182840<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 6317<br>COMMENT: |
| CAPITAL ONE AUTO FINANCE<br>% AIS PORTFOLIO SERVICES LP<br>P O BOX 4360<br>HOUSTON, TX  77210-4360 | $12,973.62<br>INT: 6.75%<br>NAME ID: 168591<br>CLAIM #: 0008 | (V) VEHICLE-SECURED<br><br>ACCT: 9412<br>COMMENT: 12HOND |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $5,326.96<br>INT:  .00%<br>NAME ID: 116268<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 0490<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 137686<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONE HEALTH ANNIE PENN<br>618 S MAIN ST<br>REIDSVILLE, NC  27320 | $0.00<br>INT:  .00%<br>NAME ID: 148223<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $7,547.70<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT: 4389<br>COMMENT: |
| FED LOAN SERVICING<br>P O BOX 69184<br>HARRISBURG, PA  17106 | $0.00<br>INT: .00%<br>NAME ID: 124085<br>CLAIM #: 0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 1475<br>COMMENT: OC |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $381.22<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 1120<br>COMMENT: BELK |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $2,269.54<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0011 | | (U) UNSECURED<br><br>ACCT: 6388<br>COMMENT: CITIBANK |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $8,323.65<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0019 | | (U) UNSECURED<br><br>ACCT: 8406<br>COMMENT: LOWES |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 1475<br>COMMENT: OC |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $6,085.04<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 1418<br>COMMENT: OLD NAVY |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $4,484.07<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0020 | | (U) UNSECURED<br><br>ACCT: 7689<br>COMMENT: JC PENNEY |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $3,576.29<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 6446<br>COMMENT: IDEAL IMAGE |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0023 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT: .00%<br>NAME ID: 877<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SEVIER COUNTY TAX COLLECTOR<br>P O BOX 5500<br>SEVIERVILLE, TN  37864 | $0.00<br>INT: .00%<br>NAME ID: 176746<br>CLAIM #: 0004 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| TD BANK USA NA<br>% WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124 | $2,916.20<br>INT: .00%<br>NAME ID: 141078<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 3819<br>COMMENT: |
| VA DEPT OF TAXATION<br>P O BOX 1115<br>RICHMOND, VA  23218-1115 | $0.00<br>INT: .00%<br>NAME ID: 62718<br>CLAIM #: 0005 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| **TOTAL:** | **$55,046.09** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $3,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>    Clerk, U.S. Bankruptcy Court
>    101 S. Edgeworth Street
>    P.O. Box 26100
>    Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  08/04/2020                                          OFFICE OF THE CHAPTER 13 TRUSTEE

                                                          By:  /s/  Gayle McFarland
                                                               Clerk
                                                               Chapter 13 Office
                                                               500 W FRIENDLY AVE STE 200
                                                               P O BOX 1720
                                                               GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice